MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00074-JCC-BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND AMENDED EXHIBIT LIST |
| v. | DATE: March 24, 2025 |
| GEORGE THOMAS, | TIME: 8:00 a.m. |
| Defendant. | COURT: Hon. John C. Coughenour |

The United States, by and through its undersigned counsel, hereby submits the following second amended list of exhibits it intends to introduce in its case-in-chief:

| **EXHIBIT NO.** | **BATES RANGE** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|
| 1 | Thomas_00043934 | | |
| 2 | Thomas_00041149 | | |
| 3 | Thomas_00045844 | | |
| 4 | Thomas_00045293-00045339, Thomas_00045559-00045622 | | |

| | | | |
|---|---|---|---|
| 5 | Thomas_00032592, Thomas_00032595, Thomas_00032603, Thomas_00032623 | | |
| 6 | Thomas_00046267-00046268 | | |
| 7 | Thomas_00046351-00046352, Thomas_00046444 | | |
| 8 | Thomas_00046353-00046354, Thomas_00046444 | | |
| 9 | Thomas_00046293, Thomas_00046295 | | |
| 10 | Thomas_00047542-00047545 | | |
| 11 | Thomas_00047503-00047505 | | |
| 12 | Thomas_00047506-00047510 | | |
| 13 | Thomas_00047511-00047513 | | |
| 14 | Thomas_00047514-00047518 | | |
| 15 | Thomas_00047519-00047521 | | |
| 16 | Thomas_00047522-00047525 | | |
| 17 | Thomas_00047526-00047529 | | |
| 18 | Thomas_00047530-00047533 | | |
| 19 | Thomas_00047541 | | |
| 20 | Thomas_00047534-Thomas_00047540 | | |
| 21 | Thomas_00047546-00047549 | | |
| 22 | Thomas_00043812-00043814 | | |
| 23 | Thomas_00043921 | | |
| 24 | Thomas_00043923 | | |

| | | | |
|---|---|---|---|
| 25 | Thomas_00043953 | | |
| 26 | Thomas_00043787 | | |
| 27 | Thomas_00043861 | | |
| 28 | Thomas_00043857 | | |
| 29 | Thomas_00043849 | | |
| 30 | Thomas_00043863 | | |
| 31 | Thomas_00043866 | | |
| 32 | Thomas_00043892 | | |
| 33 | Thomas_00043891 | | |
| 34 | Thomas_00043896 | | |
| 35 | Thomas_00043900 | | |
| 36 | Thomas_00044121 | | |
| 37 | Thomas_00044122-00044139 | | |
| 38 | Thomas_00000004 | | |
| 39 | Thomas_00043750-Thomas_00043752 | | |
| 40 | Demonstrative Thomas_00047414 | | |
| 41 | Thomas_00047415 | | |
| 42 | Thomas_00047340-Thomas_00047348 | | |
| 43 | Demonstrative Thomas_00047349 | | |
| 44 | Thomas_00047972 | | |
| 45 | Thomas_ 00047350-Thomas_00047356 | | |
| 46 | Demonstrative Thomas_00047973 | | |
| 47 | Thomas_00045428-00045448, Thomas_00045752-00045762 | | |

| | | | | |
|---|---|---|---|---|
| 48 | Thomas_00045398-00045405, Thomas_00045677-00045691 | | | |
| 49 | Thomas_00045463-00045474, Thomas_00045786-00045797 | | | |
| 50 | Thomas_00045776-00045785 | | | |
| 51 | Thomas_00046198-00046199, Thomas_00046252-00046253, Thomas_00046340-00046341 | | | |
| 52 | Thomas_00046204, Thomas_00046206, Thomas_00046207, Thomas_00046209, Thomas_00046402-00046203 | | | |
| 53 | Thomas_00046104-00046105, Thomas_00046296-00046297 | | | |
| 54 | Thomas_00046120, Thomas_00046357 | | | |
| 55 | Thomas_00046129-00046131, Thomas_00046278, Thomas_00046280, Thomas_00046345, Thomas_00046347 | | | |
| 56 | Thomas_00046221, Thomas_00046223 | | | |

Case 1:23-cr-00074-JCC-BAM   Document 80   Filed 03/17/25   Page 4 of 9

| | | | | |
|---|---|---|---|---|
| 57 | Thomas_00046242, Thomas_00046244, Thomas_00046326, Thomas_00046328 | | | |
| 58 | Thomas_00047442-00047444 | | | |
| 59 | Thomas_00047445 | | | |
| 60 | Thomas_00047446 | | | |
| 61 | Thomas_00047447-00047448 | | | |
| 62 | Thomas_00047449-00047450 | | | |
| 63 | Thomas_00047451-00047454 | | | |
| 64 | Thomas_00047455-00047457 | | | |
| 65 | Thomas_00047458- Thomas_00047461 | | | |
| 66 | Thomas_00047462 | | | |
| 67 | Thomas_00047463- 00047464 | | | |
| 68 | Thomas_00047465 | | | |
| 69 | Thomas_00047466 | | | |
| 70 | Thomas_00047467-00047472 | | | |
| 71 | Thomas_00047473-00047474 | | | |
| 72 | Thomas_00047475 | | | |
| 73 | Thomas_00047476 | | | |
| 74 | Thomas_00047477 | | | |
| 75 | Thomas_00047478-00047479 | | | |
| 76 | Thomas_00047480- Thomas_00047483 | | | |
| 77 | Thomas_00047484 | | | |

| | | | | |
|---|---|---|---|---|
| 1 | 78 | Thomas_00047485-00047487 | | |
| 2 | 79 | Thomas_00047488 | | |
| 3 | 80 | Thomas_00047489-00047490 | | |
| 4 | 81 | Thomas_00047491 | | |
| 5 | 82 | Thomas_00047492 | | |
| 6 | 83 | Thomas_00047493 | | |
| 7 | 84 | Thomas_00047494-00047495 | | |
| 8-9 | 85 | Thomas_00047496-Thomas_00047502 | | |
| 10 | 86 | Thomas_00047551 | | |
| 11 | 87 | Thomas_00047552- 00047553 | | |
| 12 | 88 | Thomas_00047550 | | |
| 13 | 89 | Thomas_00047554 | | |
| 14 | 90 | Thomas_00047555 | | |
| 15 | 91 | Thomas_ 00047565-00047566 | | |
| 16 | 92 | Thomas_0004763-0004764 | | |
| 17 | 93 | Thomas_00047438-00047441 | | |
| 18 | 94 | Thomas_00047556-00047562 | | |
| 19 | 95 | Thomas_00032642 | | |
| 20 | 96 | Thomas_00045843 | | |
| 21 | 97 | Thomas_00047419 | | |
| 22-23 | 98 | Thomas_00047076-Thomas_00047078 | | |
| 24 | 99 | Demonstrative Thomas_00047420 | | |
| 25-28 | 100 | Thomas_00032689, Thomas_00033942, Thomas_00041239 | | |

| | | | | |
|---|---|---|---|---|
| 101 | Thomas_00041350, thomas_00041354 | | | |
| 102 | Thomas_00034096, thomas_00034099 | | | |
| 103 | Thomas_00033696, Thomas_00033698 | | | |
| 104 | Thomas_00033697 | | | |
| 105 | Thomas_00041905, Thomas_00041910 | | | |
| 106 | Thomas_00034137-00034138 | | | |
| 107 | Thomas_00034142 | | | |
| 108 | Thomas_00033782, Thomas_00033784 | | | |
| 109 | Thomas_00033785-00033787 | | | |
| 110 | Thomas_00042116, Thomas_00042121 | | | |
| 111 | Thomas_00034147-00034148 | | | |
| 112 | Thomas_00033792-00033794 | | | |
| 113 | Thomas_00033795-00033796 | | | |
| 114 | Thomas_00042247, 00042251 | | | |
| 115 | Thomas_00032709, 00032711 | | | |
| 116 | Thomas_00032717-00032719 | | | |
| 117 | Thomas_00032720 | | | |
| 118 | Thomas_00044705, Thomas_00044709 | | | |
| 119 | Thomas_00044409, Thomas_00044411 | | | |

| | |
|---|---|
| 120 | Thomas_00044413 |
| 121 | Thomas_00044419-00044420 |
| 122 | Thomas_00044421-00044422 |
| 123 | Thomas_00044423 |
| 124 | Thomas_00044691, Thomas_00044694 |
| 125 | Thomas_00044386-00044387 |
| 126 | Thomas_00044390 |
| 127 | Thomas_00044395-00044396 |
| 128 | Structuring Demonstrative: Acct 0650   1/19/21 |
| 129 | Structuring Demonstrative: Acct 0650   6/25/21-7/1/21 |
| 130 | Structuring Demonstrative: Acct 0650   8/11/21-8/16/21 |
| 131 | Structuring Demonstrative: Acct 1693   9/8/21-9/13/21 |
| 132 | Structuring Demonstrative: Acct 1693   6/8/22-6/13/22 |
| 133 | Structuring Demonstrative: Acct 1693   5/7/22-5/10/22 |
| 134 | Thomas_00047971 |

Dated:  March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Joseph Barton*
Joseph Barton
Justin Gilio
Assistant United States Attorneys